UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN ORMSBY,<br><br>         Plaintiff,<br><br>-against-<br><br>OTIS BANTUM CORRECTIONAL FACILITY, ET AL.,<br><br>         Defendants. | 24 CIVIL 9606 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the January 27, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 29, 2025
     New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                Chief United States District Judge